FILED

2008 AUG -5 PM 4: 08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1424 LAB WMc

Civil No.

KESTER v. U.S. DEPT. OF EDUCATION

)
)
)
)
)
)
)
)
)
)

REQUEST FOR APPOINTMENT OF
COUNSEL UNDER THE CIVIL RIGHTS
ACT OF 1964, 42 U.S.C. 2000e 5(f)(1):
DECLARATION IN SUPPORT OF
REQUEST

1.    I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A.    my claim is meritorious (that is, I have a good case), and

B.    I have made a reasonably diligent effort to obtain counsel, and

C.    I am unable to find an attorney willing to represent me on terms that I can afford.

2.    A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.    A.    Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

_____Yes        _____ No    UNKNOWN AT THIS TIME

ODMA PCDOCS\WORDPERFECT\23120\1 May 27, 1999 (3:47pm)

1

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B.    Do you question the correctness of the Commission's "no reasonable cause" determination?

\_\_\_\_Yes    \_\_\_\_ No    *UNKNOWN*

C.    If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination?  Be specific and support your objections with fact.  Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

(Attach additional sheets as needed)

DOMA PCDOCS WORDPERFECT/21120 1  May 27, 1999 (1:43 pm)

2

4.    Have you talked with any attorney about handling your claim?

_____X_____ Yes    _____ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: ELDER LAW

When: _____

Where: SAN DIEGO, CA

How (by telephone, in person, etc.): TELEPHONE

Why attorney was not employed to handle your claim: I AM NOT OLD ENOUGH YET TO QUALIFY — MUST BE 60 YRS. I AM 59 YEARS

Attorney: JOSELYN SENIOR CENTER

When: HSAC LEGAL HELP

Where: SAN MARCOS CA

How (by telephone, in person, etc.): TELEPHONE

Why attorney was not employed to handle your claim: AGAIN ONLY 59 YRS. + MUST BE 60 YRS. OLD TO QUALIFY

Attorney: LEGAL AID

When: _____

Where: SAN DIEGO, CA

How (by telephone, in person, etc.): TELEPHONE

Why attorney was not employed to handle your claim: THEY DON'T HANDLE STUDENT LOANS

(Attach additional sheets as needed)

ODAIA FLDOX S.WORDPERFECT:2113611 May 27 1999 (11.47pm)

3

5. Explain any other efforts you have made to contact an attorney to handle your claim:

CALLED REFERRAL SERVICE AND CALLED 5 ATTORNEYS AND TOLD THEY ALL COULD NOT HELP ME

6. Give any other information which supports your application for the court to appoint an attorney for you: I ONLY GET $806.00 A MONTH TO LIVE ON AND CAN NOT AFFORD ANYTHING ELSE.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: NONE — WAS DISABLED AND HOMELESS FOR 5 YEARS WAITING FOR SOCAL SECURITY TO SETTLE MY DISABILITY CLAIM!

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A.    Employment

Are you employed now?    ___ yes    X no    ___ am self-employed

Name and address of employer: NONE — DISABLED TOTALLY AND PERMANENTLY!!

If employed, how much do you earn per month? _____ N/A

If not employed, give month and year of last employment: DEC. 1996

How much did you earn per month in your last employment? APPROX. $700.00

If married, is your spouse employed? ___ yes ___ no N/A

If "YES," how much does your spouse earn per month? _____ N/A

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? _____ N/A

B.    Assets

(i)    Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes ☒ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| N/A | |

(Attach additional sheets as necessary)

ODMA\PCDOCS\WORDPERFECT\21120\1 Mar 27, 1998 (1:47pm)

5

(ii)    Cash

Have you any cash on hand or money in savings or checking accounts? X yes ___ no

If "YES," state total amount: ___$23.16___

(iii)    Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes X no

If "YES," give value and describe it:

| Value | Description |
|-------|-------------|
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |

C.    Obligations and Debts

(i)    Dependents

Your marital state is: ___ single ___ married X widowed, separated or divorced.

Your total number of dependents is : ___0___

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|-------------------|-------------------------|
| N/A               |                         |
|                   |                         |
|                   |                         |
|                   |                         |
|                   |                         |
|                   |                         |

(ii)    **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|

Rent: SECTION 8 - HUD HOUSING

Mortgage
on Home: N/A

Others: U.S. DEPT. OF EDUCATION
~$350,000⁰⁰ AS OF TODAY

9.    **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: 8-5-08

_Karen Koster_
Signature

(Notarization is not required)